

# Fourth Court of Appeals
## San Antonio, Texas

May 13, 2022

No. 04-22-00136-CV

**BARRETT FIREARMS MANUFACTURING, INC.,** Barrett Firearms USA, Inc., and Federal Cartridge Company,
Appellants

v.

Xavier **FLORES,**
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2020-CI-17551
Honorable Richard Price, Judge Presiding

# O R D E R

Pursuant to section 51.014(d) of the Texas Civil Practice and Remedies Code and Rule 28.3 of the Texas Rules of Appellate Procedure, the petitions for permissive appeal filed by appellants Barrett Firearms Manufacturing, Inc., Barrett Firearms USA, Inc., and Federal Cartridge Company are **granted**. Accordingly, appellants may immediately appeal the trial court's order signed on February 18, 2022 denying their motions to dismiss. The notices of appeal are deemed to have been filed on the date of this order, and the appeal will proceed as an accelerated appeal. *See* TEX. R. APP. P. 28.3(k).

The clerk's record and reporter's record are due **by May 23, 2022**. *Id.* R. 35.1(b). Appellants are therefore instructed to promptly designate and pay, or make arrangements to pay, the fees for preparation of the clerk's and reporter's records. *See id.* R. 35.3(a)(2), (b)(2)(3). We note at this time, the clerk's record has been filed and a reporter's record covering the hearing held on February 10, 2022 has been filed. In the event the appellate record is complete, appellants are instructed to immediately notify this court **by May 18, 2022** indicating the record is complete, and a briefing schedule will be set.

We further **order** the clerk of this court to file a copy of this order with the District Clerk of Bexar County, Texas. *See id.* R. 28.3(k).

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of May, 2022.

_Michael A. Cruz_
MICHAEL A. CRUZ, Clerk of Court